UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES, LLC<br>Plaintiff,<br>v.<br>-against-<br><br>ALLSTATE INSURANCE COMPANY, REGINE MARIE NAPOLEON, BRITTANY CLEERE, MARC STEVENSON, and ALLISON ANN MCMAHON,<br><br>Defendants. | Case No. 25-CV-01110 (JGLC)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff, Old Slip Benefits & Insurance Services LLC, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on June 2, 2025.

Dated: New York, New York
June 3, 2025

Respectfully submitted,

**WUERSCH & GERING LLP**

*/s/ David T. Azrin*
David T. Azrin
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, N.Y. 10005
Tel. (212) 509-4745
Fax. (212) 509-9559
Email: David.Azrin@wg-law.com
*Attorneys for Plaintiff Old Slip Benefits & Insurance Services, LLC*

APPEAL,ECF

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:25−cv−01110−JGLC

Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company et al
Assigned to: Judge Jessica G. L. Clarke
Case in other court: Supreme Court , County of Westchester, 69162/2024
Cause: 28:1332nr Diversity: Notice of Removal

Date Filed: 02/07/2025
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Old Slip Benefits & Insurance Services, LLC** represented by

**David T. Azrin**
Wuersch & Gering
100 Wall Street
Ste 10th Floor
New York, NY 10005
212−509−5050
Email: david.azrin@wg−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramsha Ansari**
Wuersch & Gering LLP
100 Wall Street
Ste 10th Floor
New York, NY 10005
212−509−5050
Email: ramsha.ansari@wg−law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Allstate Insurance Company** represented by

**Erica H Dressler**
Troutman Pepper Locke LLP
Two Logan Square, 100 N 18th Street
Philadelphia, PA 19103
215−981−4691
Fax: 800−685−0691
Email: erica.dressler@troutman.com
*ATTORNEY TO BE NOTICED*

**Milica Krnjaja**
Troutman Pepper Locke LLP
3000 Two Logan Square
18th And Arch Streets
Philadelphia, PA 19103
215−981−4435
Email: millie.krnjaja@troutman.com
*ATTORNEY TO BE NOTICED*

**Arthur Christopher Young**
Troutman Pepper Locke LLP
3000 Two Logan Square
18th And Arch Streets
Philadelphia, PA 19103
215−981−4190
Email: christopher.young@troutman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Regine Marie Napoleon**

**Defendant**

**Brittany Cleere**

**Defendant**

**Marc Stevenson**

**Defendant**

**Allison Ann McMahon**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/07/2025 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Westchester. Case Number: 69162/2024. (Filing Fee $ 405.00, Receipt Number ANYSDC−30582522).Document filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A−Pleadings 001−083, # 2 Exhibit B−Affirmation Of A.Christopher Young, # 3 Exhibit C−Notice of Filing of Notice of Removal).(Young, Arthur) (Entered: 02/07/2025) |
| 02/07/2025 | 2 | CIVIL COVER SHEET filed..(Young, Arthur) (Entered: 02/07/2025) |
| 02/07/2025 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Allstate Insurance Holdings, LLC, Corporate Parent The Allstate Corporation for Allstate Insurance Company. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 02/07/2025) |
| 02/10/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jessica G. L. Clarke. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 02/10/2025) |
| 02/10/2025 | | Magistrate Judge Andrew E. Krause is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 02/10/2025) |
| 02/10/2025 | | Case Designated ECF. (pc) (Entered: 02/10/2025) |
| 02/10/2025 | | *****NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Arthur Christopher Young. The following case opening statistical information was erroneously selected/entered: County code Westchester;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (pc)** (Entered: 02/10/2025) |
| 02/13/2025 | 4 | NOTICE OF INITIAL PRETRIAL CONFERENCE: The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log−in credentials at the email addresses listed on the docket. The public listen−only line may be accessed by dialing: 646−453−4442 \| Access Code: 937464169#. As further set forth by this Order. SO ORDERED. Initial Conference set for 5/20/2025 at 12:00 PM before Judge Jessica G. L. Clarke. (Signed by Judge Jessica G. L. Clarke on 2/13/2025) (tg) (Entered: 02/13/2025) |
| 02/13/2025 | 5 | MOTION for Erica H. Dressler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30617828. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Allstate Insurance Company. (Attachments: # 1 Affidavit In Support, # 2 Exhibit A−Certificate Of Good Standing, # 3 Proposed |

| | | |
|---|---|---|
| | | Order Granting Motion for Pro Hac Vice Admission).(Dressler, Erica) (Entered: 02/13/2025) |
| 02/14/2025 | 6 | MOTION for Milica Krnjaja to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30620388. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Allstate Insurance Company. (Attachments: # 1 Affidavit In Support, # 2 Exhibit A−Certificate Of Good Standing, # 3 Proposed Order Granting Motion for Pro Hac Vice Admission).(Krnjaja, Milica) (Entered: 02/14/2025) |
| 02/14/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 5 MOTION for Erica H. Dressler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30617828. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/14/2025) |
| 02/14/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 6 MOTION for Milica Krnjaja to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30620388. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/14/2025) |
| 02/14/2025 | 7 | ANSWER to Complaint. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 02/14/2025) |
| 02/25/2025 | 8 | ORDER FOR ADMISSION PRO HAC VICE granting 6 Motion to Appear Pro Hac Vice. The motion of Milica Krnjaja for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. The Clerk of Court is directed to terminate ECF No. 6. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 2/25/2025) (tg) (Entered: 02/25/2025) |
| 02/25/2025 | 9 | ORDER FOR ADMISSION PRO HAC VICE granting 5 Motion to Appear Pro Hac Vice. The motion of Erica H. Dressler for admission to practice Pro Hac Vice in the above captioned action is granted. As further set forth by this Order. The Clerk of Court is directed to terminate ECF No. 5. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 2/25/2025) (tg) (Entered: 02/25/2025) |
| 02/25/2025 | 10 | NOTICE OF APPEARANCE by David T. Azrin on behalf of Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 02/25/2025) |
| 03/10/2025 | 11 | NOTICE of Disclosure Of Citizenship. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 03/10/2025) |
| 03/14/2025 | 12 | MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . Document filed by Allstate Insurance Company. (Attachments: # 1 Proposed Order Granting Motion).(Young, Arthur) (Entered: 03/14/2025) |
| 03/14/2025 | 13 | MEMORANDUM OF LAW in Support re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 03/14/2025) |
| 03/25/2025 | 14 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Complaint filed Sept. 12, 2024, # 2 Exhibit First Amended Complaint filed Oct. 15, 2024).(Azrin, David) (Entered: 03/25/2025) |
| 03/27/2025 | 15 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Plaintiff's Proposed Order to Show Cause, # 2 Exhibit Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, # 3 Exhibit Plaintiff's Affirmation of David T. Azrin in Support of Temporary Restraining Order, # 4 Exhibit Plaintiff's Affirmation of James Lukezic in Support of Motion for Preliminary Injunction and Temporary Restraining Order, # 5 Exhibit Exhibit A to Lukezic Affirmation − Old Slip−Allstate Insurance Agency Franchise Agreement, # 6 Exhibit Exhibit B to Lukezic Affirmation − Allstate Termination Notice, # 7 Exhibit Court Notice of Hearing on Proposed Order to Show |

| | | |
|---|---|---|
| | | Cause dated September 13, 2024, # 8 Exhibit Transcript, Sept. 19, 2024 Court Hearing on Request for Temporary Restraining Order and Proposed Order to Show Cause, # 9 Exhibit Order to Show Cause with Temporary Restraining Order, # 10 Exhibit Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunctive Relief, # 11 Exhibit Exhibit A to Defendant's Memorandum of Law − FINRA BrokerCheck Report for James Lukezic, # 12 Exhibit Defendant Regine Napoleon's Affirmation, # 13 Exhibit Exhibit A to Napoleon Affirmation, # 14 Exhibit Exhibit B to Napoleon Affirmation, # 15 Exhibit Plaintiff's Reply Memorandum of Law in Further Support of Preliminary Injunction Motion, # 16 Exhibit Plaintiff's Reply Affirmation in Further Support of Preliminary Injunction Motion, # 17 Exhibit Plaintiff's Notice of Supplemental Authority, JLO v. Amalgamated Bank, # 18 Exhibit Defendant's Response to Plaintiff's Notice of Supplemental Authority, # 19 Exhibit Transcript, Jan. 8, 2025 Court Hearing on Preliminary Injunction Motion, # 20 Exhibit Decision and Order on Plaintiff's Preliminary Injunction Motion and Extending Temporary Restraining Order).(Azrin, David) (Entered: 03/27/2025) |
| 03/27/2025 | 16 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Plaintiff's Supplemental Affirmation of James Lukezic in Support of Plaintiff's Motion for Preliminary Injunctive Relief).(Azrin, David) (Entered: 03/27/2025) |
| 03/27/2025 | 17 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Defendants Notice of Motion to Dismiss Amended Complaint, # 2 Exhibit Defendants Memorandum of Law in Support of Motion to Dismiss Amended Complaint, # 3 Exhibit Plaintiff's Notice of Supplemental Authority, JLO v. Amalgamated Bank, # 4 Exhibit Defendants Response to Plaintiff's Notice of Supplemental Authority, # 5 Exhibit Defendants Memorandum of Law in Reply in Further Support of Motion to Dismiss Amended Complaint, # 6 Exhibit Transcript, Court Hearing on Defendants Motion to Dismiss Amended Complaint, # 7 Exhibit Decision and Order on Defendants Motion to Dismiss Amended Complaint).(Azrin, David) (Entered: 03/27/2025) |
| 03/27/2025 | 18 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Defendant Stevenson's Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Exhibit Defendant Stevenson's Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction, # 3 Exhibit Defendant Stevenson's Affirmation in Support of Motion to Dismiss for Lack of Personal Jurisdiction, # 4 Exhibit Plaintiff's Memorandum of Law in Opposition to Defendant Stevenson's Motion to Dismiss for Lack of Personal Jurisdiction, # 5 Exhibit Affirmation of James Lukezic in Opposition to Defendant Marc Stevenson's Moton to Dismiss for Lack of Personal Jurisdiction, # 6 Exhibit Exhibit A to Lukezic Affirmation − Email Stream of Communications between Stevenson and Lukezic, # 7 Exhibit Defendant Stevenson's Reply Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction, # 8 Exhibit Decision and Order on Defendant Stevenson's Motion to Dismiss for Lack of Personal Jurisdiction).(Azrin, David) (Entered: 03/27/2025) |
| 03/27/2025 | 19 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Plaintiff's Proposed Order to Show Cause on Motion to Expand Injunctive Relief in the Restraining Order and Plaintiff's Preliminary Injunction Motion, # 2 Exhibit Plaintiff's Memorandum of Law in Support of Motion for Expanded Injunctive Relief, # 3 Exhibit Affirmation of James Lukezic in Support of Motion for Expanded Injunctive Relief, # 4 Exhibit Order to Show Cause on Plaintiff's Motion for Expanded Injunctive Relief, # 5 Exhibit Transcript, Court Hearing on Plaintiff's Motion for Expanded Injunctive Relief, # 6 Exhibit Decision and Order on Motion for Expanded Injunctive Relief).(Azrin, David) (Entered: 03/27/2025) |
| 03/27/2025 | 20 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Notice of Preliminary Conference, # 2 Exhibit Joint Statement of Parties' Contentions, # 3 Exhibit Transcript, Nov. 21, 2024 Preliminary Conference, # 4 Exhibit Preliminary Conference Stipulation and Order, # 5 Exhibit Order of Reference to Mediation, # 6 Exhibit Stipulation and Order for the Production and Exchange of |

| | | |
|---|---|---|
| | | Confidential Information).(Azrin, David) (Entered: 03/27/2025) |
| 03/28/2025 | 21 | MEMORANDUM OF LAW in Opposition re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit Ex. A − Declaration of Anthony Fava, # 2 Exhibit Ex. B − Declaration of Al Buglione, # 3 Exhibit Ex. C − Email Stream − Nov. 16, 2023 between Cleere, Foreman, and Stevenson approving Lukezic, # 4 Exhibit Ex. D − Email Stream − March 25, 2024, between Cleere and McMahon).(Azrin, David) (Entered: 03/28/2025) |
| 03/28/2025 | 22 | MOTION to Stay re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 03/28/2025) |
| 04/02/2025 | 23 | MOTION To Allow Redactions re: 21 Memorandum of Law in Opposition to Motion,, *(Letter Motion)*. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/02/2025) |
| 04/04/2025 | 24 | MEMO ENDORSEMENT granting 23 Motion. ENDORSEMENT: Application GRANTED. The documents filed by Plaintiff as exhibits to ECF No. 21 may remain redacted. Any future redactions must be filed in accordance with the Court's Individual Rule 5. The Clerk of Court is respectfully directed to terminate ECF No. 23. SO ORDERED.. (Signed by Judge Jessica G. L. Clarke on 4/4/2025) (tg) (Entered: 04/04/2025) |
| 04/04/2025 | 25 | REPLY to Response to Motion re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/04/2025) |
| 04/04/2025 | 26 | LETTER MOTION for Leave to File Redacted Document addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/04/2025. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/04/2025) |
| 04/04/2025 | 27 | REDACTION to 25 Reply to Response to Motion, 26 LETTER MOTION for Leave to File Redacted Document addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/04/2025. −*Redacted Exhibit A To Reply* by Allstate Insurance Company.(Young, Arthur) (Entered: 04/04/2025) |
| 04/04/2025 | 28 | ***EX−PARTE***REDACTION to 26 LETTER MOTION for Leave to File Redacted Document addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/04/2025., 27 Redacted Document, *Unredacted Version Of Exhibit A To Reply* by Allstate Insurance CompanyMotion or Order to File Under Seal: 26 .(Young, Arthur) (Entered: 04/04/2025) |
| 04/09/2025 | 29 | LETTER MOTION to Adjourn Conference addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/09/2025. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/09/2025) |
| 04/09/2025 | 30 | LETTER RESPONSE to Motion addressed to Judge Jessica G. L. Clarke from David T. Azrin dated April 9, 2025 re: 26 LETTER MOTION for Leave to File Redacted Document addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/04/2025. . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 04/09/2025) |
| 04/10/2025 | 31 | ORDER granting 29 Letter Motion to Adjourn Conference. Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 20, 2025 at 12:00 p.m., is RESCHEDULED for May 22, 2025 at 3:00 p.m. The conference will be held remotely via Microsoft Teams. The Clerk of Court is respectfully directed to terminate ECF No. 29. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 4/10/2025) Initial Conference set for 5/22/2025 at 03:00 PM before Judge Jessica G. L. Clarke. (ar) (Entered: 04/10/2025) |
| 04/11/2025 | 32 | RESPONSE in Opposition to Motion re: 22 MOTION to Stay re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . . |

| | | |
|---|---|---|
| | | Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/11/2025) |
| 04/11/2025 | 33 | LETTER REPLY to Response to Motion addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/11/2025 re: 26 LETTER MOTION for Leave to File Redacted Document addressed to Judge Jessica G. L. Clarke from A. Christopher Young dated 04/04/2025. . Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 04/11/2025) |
| 04/18/2025 | 34 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Stay re: 12 MOTION For An Order Declaring That The Temporary Restraining Order Has Expired Or, Alternatively, For An Order Dissolving The Temporary Restraining Order . . . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 04/18/2025) |
| 05/01/2025 | | ORDER It is hereby ORDERED that all parties appear for a conference with the Court on May 8, 2025 at 12:00 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log−in credentials at the email addresses listed on the docket. The public listen−only line may be accessed by dialing: 646−453−4442 \| Access Code: 737883793#. The parties should be prepared to discuss the motions at ECF Nos. 12 , 22 , and 26 . SO ORDERED. (HEREBY ORDERED by Judge Jessica G. L. Clarke) (Text Only Order) (stt) (Entered: 05/01/2025) |
| 05/02/2025 | 35 | LETTER MOTION for Conference re: Order,, *Request to Conduct the Oral Argument on the Pending Motions in−Person Rather Than Remotely by Videoconference and Phone,* addressed to Judge Jessica G. L. Clarke from David T. Azrin dated May 2, 2025. Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/02/2025) |
| 05/05/2025 | 36 | NOTICE OF APPEARANCE by Ramsha Ansari on behalf of Old Slip Benefits & Insurance Services, LLC..(Ansari, Ramsha) (Entered: 05/05/2025) |
| 05/05/2025 | 37 | MOTION to Amend/Correct *and for Leave to File Second Amended Complaint*. Document filed by Old Slip Benefits & Insurance Services, LLC. (Attachments: # 1 Exhibit A − Proposed Second Amended Complaint, # 2 Exhibit B − Redline of Proposed Second Amended Complaint Showing Changes from Amended Complaint).(Azrin, David) (Entered: 05/05/2025) |
| 05/05/2025 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION to Amend/Correct *and for Leave to File Second Amended Complaint*. . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/05/2025) |
| 05/06/2025 | 39 | ORDER granting 35 Letter Motion for Conference. Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 8, 2025 at 12:00 p.m. via Microsoft Teams, is RESCHEDULED for May 8, 2025 at 3:00 p.m. and shall take place in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate ECF No. 35. SO ORDERED. Status Conference set for 5/8/2025 at 03:00 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jessica G. L. Clarke. (Signed by Judge Jessica G. L. Clarke on 5/6/2025) (tg) (Entered: 05/06/2025) |
| 05/06/2025 | 40 | LETTER addressed to Judge Jessica G. L. Clarke from A.Christopher Young dated 05/06/2025 re: Request For Two Attorneys To Speak. Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 05/06/2025) |
| 05/07/2025 | 41 | NOTICE of Filing Verification of Proposed Second Amended Complaint. Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/07/2025) |
| 05/07/2025 | 42 | MEMO ENDORSEMENT on re: 40 Letter filed by Allstate Insurance Company. ENDORSEMENT: Application GRANTED. Milica Krnjaja may address Plaintiff's Motion to Stay (ECF No. 22), alongside A. Christopher Young, who may address the motions at ECF Nos. 12 and 26. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 5/7/2025) (ar) (Entered: 05/07/2025) |
| 05/13/2025 | 43 | LETTER addressed to Judge Jessica G. L. Clarke from A. Christopher Young,David T. Azrin dated 05/13/2025 re: Initial Pretrial Conference. Document filed by Allstate |

| | | |
|---|---|---|
| | | Insurance Company. (Attachments: # 1 Exhibit A−Case Management Plan).(Young, Arthur) (Entered: 05/13/2025) |
| 05/16/2025 | 44 | LETTER addressed to Judge Jessica G. L. Clarke from David T. Azrin dated May 15, 2025 re: Additional Authority in response to Court's inquiry at May 8, 2025 oral argument. Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/16/2025) |
| 05/19/2025 | 45 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/8/2025 before Judge Jessica G. L. Clarke. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/9/2025. Redacted Transcript Deadline set for 6/20/2025. Release of Transcript Restriction set for 8/18/2025..(McGuirk, Kelly) (Entered: 05/19/2025) |
| 05/19/2025 | 46 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/8/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/19/2025) |
| 05/19/2025 | 47 | RESPONSE in Opposition to Motion re: 37 MOTION to Amend/Correct *and for Leave to File Second Amended Complaint*. . Document filed by Allstate Insurance Company..(Young, Arthur) (Entered: 05/19/2025) |
| 05/21/2025 | 48 | OPINION AND ORDER: For the foregoing reasons, the Court finds that the state court's TRO has expired. The Court, however, stays the effect of this Order until June 5, 2025, at Plaintiff's request, to permit Plaintiff to seek an emergency stay from the Second Circuit. Defendant's motion to file a redacted version of Exhibit A to their TRO Reply is DENIED, and Defendant is hereby ORDERED to file the unredacted version of Exhibit A to their TRO Reply by no later than May 26, 2025. The Clerk of Court is respectfully directed to terminate ECF Nos. 12 , 22 , and 26 . (Signed by Judge Jessica G. L. Clarke on 05/21/25) (stt) (Entered: 05/21/2025) |
| 05/21/2025 | 49 | NOTICE OF INTERLOCUTORY APPEAL from 48 Memorandum & Opinion,,. Document filed by Old Slip Benefits & Insurance Services, LLC. Filing fee $ 605.00, receipt number ANYSDC−31119907. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Azrin, David) (Entered: 05/21/2025) |
| 05/22/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 49 Notice of Interlocutory Appeal.(km) (Entered: 05/22/2025) |
| 05/22/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 49 Notice of Interlocutory Appeal, filed by Old Slip Benefits & Insurance Services, LLC were transmitted to the U.S. Court of Appeals.(km) (Entered: 05/22/2025) |
| 05/22/2025 | | Minute Entry for proceedings held before Judge Jessica G. L. Clarke: Initial Pretrial Conference held via Microsoft Teams on 5/22/2025. Counsel David T. Azrin and Ramsha Ansari present for the Plaintiff. Counsel Erica H. Dressler, Milica Krnjaja, and Christopher Young present for the Defendant. As discussed at today's conference, the parties shall submit briefing regarding Plaintiff's motion for a preliminary injunction, including whether the Court may issue a ruling while Plaintiff's appeal is pending before the Second Circuit. Plaintiff's opening brief shall be due May 23, 2025, Defendant's opposition shall be due May 27, 2025, and Plaintiff's reply shall be due May 29, 2025. SO ORDERED. (stt) (Entered: 05/22/2025) |
| 05/23/2025 | 50 | LETTER MOTION for Conference re: Pretrial Conference − Initial,, *to Declare that the Preliminary Injunction Motion is Still Pending and to Set the Hearing on the Preliminary Injunction Motion for next week, with briefing requested by the Court on the issue of the Court's jurisdiction to rule on the motion in light of the appeal of the May 21, 2025 Order* addressed to Judge Jessica G. L. Clarke from David T. Azrin dated May 23, 2025. Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/23/2025) |

| | | |
|---|---|---|
| 05/26/2025 | 51 | LETTER MOTION for Leave to File Exhibit addressed to Judge Jessica G. L. Clarke from Erica H. Dressler dated May 26, 2025. Document filed by Allstate Insurance Company. (Attachments: # 1 Exhibit EA Manual).(Dressler, Erica) (Entered: 05/26/2025) |
| 05/27/2025 | 52 | MEMORANDUM OF LAW in Opposition re: 50 LETTER MOTION for Conference re: Pretrial Conference − Initial,, *to Declare that the Preliminary Injunction Motion is Still Pending and to Set the Hearing on the Preliminary Injunction Motion for next week, with briefing requested by the Court . Document filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A−Old Slip's Emergency Motion To Stay).(Young, Arthur) (Entered: 05/27/2025)* |
| 05/27/2025 | 53 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties have conferred pursuant to Fed. R. Civ. P. 26(f). Settlement discussions have taken place. Defendant believes the parties would benefit from a referral to the Magistrate Judge after the close of discovery. Any motion for leave to amend or join additional parties shall be filed no later than 30 days following the date of this Order. Depositions pursuant to Fed. R. Civ. P. 30 and 31 shall be completed by the date set forth in paragraph 8(a). By September 26, 2025 the parties shall submit a post−discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases. The letter shall include whether either party has retained or intends to retain or disclose an expert witness. If so, the letter shall include the parties' proposed schedule for expert discovery. The case is to be tried to a jury. Counsel for the parties have conferred and their best estimate of the length of trial is Plaintiff believes that the trial would last 12−15 trial days, while Defendant believes it will not last longer than 5−7 trial days. The parties believe the initial pretrial conference is necessary. SO ORDERED. Deposition due by 9/19/2025. Fact Discovery due by 9/19/2025. Case Management Conference set for 10/2/2025 at 11:00 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jessica G. L. Clarke. (Signed by Judge Jessica G. L. Clarke on 5/27/2025) (tg) (Entered: 05/27/2025) |
| 05/27/2025 | 54 | REPLY MEMORANDUM OF LAW in Support re: 37 MOTION to Amend/Correct *and for Leave to File Second Amended Complaint*. . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/27/2025) |
| 05/29/2025 | 55 | LETTER REPLY to Response to Motion addressed to Judge Jessica G. L. Clarke from David T. Azrin dated May 29, 2025 re: 50 LETTER MOTION for Conference re: Pretrial Conference − Initial,, *to Declare that the Preliminary Injunction Motion is Still Pending and to Set the Hearing on the Preliminary Injunction Motion for next week, with briefing requested by the Court . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/29/2025)* |
| 05/30/2025 | 56 | TRUE COPY ORDER of USCA as to 49 Notice of Interlocutory Appeal filed by Old Slip Benefits & Insurance Services, LLC USCA Case Number 25−1320. USCA Case Number 25−1320. Appellant moves for a stay of the district court's May 21, 2025 order pending appeal. Appellee opposes the motion. IT IS HEREBY ORDERED that the motion is REFERRED to the next available three−judge motions panel. The Court grants a temporary stay of the district court's order until the motion is reviewed and decided by the motions panel. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 5/30/2025.(km) (Entered: 05/30/2025) |
| 05/30/2025 | | Transmission of USCA Mandate/Order to the District Judge re: 56 USCA Order.(km) (Entered: 05/30/2025) |
| 05/30/2025 | 57 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jessica G. L. Clarke from David T. Azrin dated May 30, 2025 re: 51 LETTER MOTION for Leave to File Exhibit addressed to Judge Jessica G. L. Clarke from Erica H. Dressler dated May 26, 2025. . Document filed by Old Slip Benefits & Insurance Services, LLC..(Azrin, David) (Entered: 05/30/2025) |
| 06/02/2025 | 58 | OPINION AND ORDER re: 50 LETTER MOTION for Conference re: Pretrial Conference − Initial,, *to Declare that the Preliminary Injunction Motion is Still Pending and to Set the Hearing on the Preliminary Injunction Motion for next week, with briefing requested by the Court filed by Old Slip Benefits & Insurance Services, LLC. Plaintiff's application is denied. As such, the Court denies Plaintiffs requested* |

| | | |
|---|---|---|
| | | *relief and will revisit this issue after further ruling from the Second Circuit. The Clerk of Court is respectfully directed to terminate ECF No. 50. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 6/2/2025) (tg) (Entered: 06/02/2025)* |
| 06/03/2025 | 59 | NOTICE OF INTERLOCUTORY APPEAL from 58 Memorandum & Opinion,,. Document filed by Old Slip Benefits & Insurance Services, LLC. Filing fee $ 605.00, receipt number ANYSDC−31174591. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Azrin, David) (Entered: 06/03/2025) |
| 06/03/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 59 Notice of Interlocutory Appeal. (tp) (Entered: 06/03/2025) |
| 06/03/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 59 Notice of Interlocutory Appeal, filed by Old Slip Benefits & Insurance Services, LLC were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/03/2025) |
| 06/03/2025 | 60 | ORDER denying 51 Letter Motion for Leave to File Document. Application DENIED. The proposed redactions attempt to redact information that is already publicly available. See Khalil v. Allstate, No. 20−CV−09409 (C.D. Calif. 2022), ECF No. 63−3. Accordingly, and as the Court ordered at ECF No. 48, the EA Manual must be filed without redactions. Louis Vuitton Malletier S.A. v. Sunny Merch. Corp., 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015) ("[T]here is no justification for keeping the information that has already been public under seal."). Defendant is hereby ORDERED to file the unredacted version of Exhibit A to their TRO Reply by no later than June 6, 2025. The Clerk of Court is respectfully directed to terminate ECF No. 51. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 6/3/2025) (tg) (Entered: 06/03/2025) |