# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company | Southern District of New York | 25-1417 |
| | **JUDGE** Hon. Jessica G. L. Clarke | **APPELLANT** Old Slip Benefits & Insurance Services, LLC |
| | **COURT REPORTER** Kristen Carannante | **COUNSEL FOR APPELLANT** David T. Azrin |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

Court conference, May 22, 2025, SDNY Case No. 25-cv-01110

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /David T. Azrin/ | June 4, 2025 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

| | |
|---|---|
| OLD SLIP BENEFITS & INSURANCE SERVICES, LLC,<br><br>Appellant,<br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Appellee | **CERTIFICATE OF SERVICE**<br><br>CASE NO: 25-1417 |

I, David T. Azrin, hereby certify under penalty of perjury that on June 4, 2025, I served a copy of the foregoing Form D, by United States Mail, on the following parties:

Regine Marie Napoleon
Apartment 1137
7525 153rd Street
Kew Gardens Hills, NY 11367

Brittany Cleere
149 Midtown Avenue
Summerville, SC 29486

Marc Stevenson
6107 Aster Haven Circle
Haymarket, VA 20169

Allison Ann McMahon
206 Windwatch Drive
Hauppauge, NY 11788

June 4, 2025 */s/ David T. Azrin*