**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: June 11, 2025
Docket #: 25-1320
Short Title: Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company

DC Docket #: 7:25-cv-1110
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Jessica G.L. Clarke

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, June 24, 2025 A Panel at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.