# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Old Slip Benefits & Insurance Services, LLC v.Allstate Insurance Company Docket No.: 25-1417

Lead Counsel of Record (name/firm) or Pro se Party (name): A. Christopher Young/ Troutman Pepper Locke LLP

Appearance for (party/designation): Allstate Insurance Company

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ____
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ____
Firm: ____
Address: ____
Telephone: ____ Fax: ____
Email: ____

## RELATED CASES

(☐) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: ____

(☑) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company, Docket No. 25-1320

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ____ OR that (☐) I applied for admission on ____ or renewal on ____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ A. Christopher Young
Type or Print Name: A. Christopher Young
OR
Signature of pro se litigant: ____
Type or Print Name: ____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.