**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-five,

---

Old Slip Benefits & Insurance Services, LLC,

Plaintiff - Appellant,

v.

Allstate Insurance Company, Regine Marie Napoleon, Brittany Cleere, Marc Stevenson, Allison Ann McMahon,

Defendants - Appellees.

---

**AMENDED ORDER**
Docket Nos. 25-1320 (Lead)
25-1417 (Con)

Appellant Old Slip Benefits & Insurance Services LLC moves for a stay pending appeal of the district court's order declaring that a state court-issued temporary restraining order had expired under Federal Rule of Civil Procedure 65(b). Appellee Allstate Insurance Company opposes.

Upon due consideration, it is hereby ORDERED that decision on the motion is DEFERRED and the motion is referred to the merits panel to which the case is assigned upon completion of briefing. The parties are further ORDERED to comply with the following briefing schedule. *See* Fed. R. App. P. 2. Appellant's brief must be filed by August 1, 2025. Appellee's brief must be filed by September 8, 2025. Appellant's reply, if any, must be filed within 14 days of the date Appellee's brief is filed. The Clerk of the Court is directed to schedule this appeal to be heard by the first available panel upon the completion of briefing.

The temporary stay issued by this Court on May 30, 2025, shall remain in effect while briefing proceeds.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe